Date: 9-12-22

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**SEP 1 2 2022**
**CLERK, U.S. DISTRICT COURT**
By _____ Deputy

United States District Court
Northern District of Amarillo, Texas

Bueford James Friemel — Plaintiff

Vs.

2-22CV-174-Z

Cesar Daleon, Edith — sued in their individual capacities; Randall County Sheriff's Office's — Deputy Fletcher, Deputy Polity, Deputy Harrias, Deputy Oliver, Deputy Burleon, Deputy Mitchel, Deputy Perez, Deputy Williams, Deputy Grant, sued in their individual and official capacities, and Jeff Reasoner sued in his individual and business capacity, and Wright Law Texas, PLLC sued in official capacities, Randall County Internal Affairs Investigator Cody Jones, in his official and individual capacity; Criminal District Attorney Robert Love, sued in their individual and official capacities, and Charlie Hatch, Jeff Martinez, Cerria Towing & Crushing, sued in their individual and official capacities, Current Owner of 1309 Meritta Lane Amarillo, Texas # 79118

— Defendants

Comes now, Bueford James Friemel, in the United States District Court Northern District of Amarillo, Texas. In this Civil Rights action for damages and injunctive relief under 42 U.S.C. § 1983, alleging excessive use of force and denial of Medical Care in violation of the Eighth Amendment to the United States Constitution and in violation of the Due Process Clause of the Fourteenth Amendment to the Constitution. The plaintiff also alleges the Torts of assault and battery and negligence of the Randall County Sheriff Office and the District Attorney Robert Love.

## Jurisdiction

1. The Court has jurisdiction over the plaintiff's claims of violation of Federal Constitutional Right under 42 U.S.C. § 1331 and 1343.

2. The Court has supplemental jurisdiction over the plaintiff's state law tort claims under 28 U.S.C. § 1367

## Parties

page 1 of 4

3. Cesar Deleon violated "Plaintiff's" Civil Rights of the U.S.C. Amendment IV, Amendment VI, Amendment VII, Amendment XI, Amendment XIV; not giving 6 months "Notice" what in tent was by Bulldozing and Destroying Pridit Property, Willing & Knowenly to commit Grand Larceny and Destroy Pridit Property "With Out Court Order"

4. Edith Sanchaz Knowenly and with Intent posed as Owner of property of 1309 Mirtta Lane Amrillo Texas # 79108

5. Randall County Deputy Sheriff Fletcher "GAVE" Cesar Deleon "Permission" to Criminaly Trespass and Destroy Pridit Propert with Intent to comitt Grand Larceny and Destroy Pridit propert with Out a Court Order

6. Randall County Deputy Sheriff's Knowingly and Willingly comitted Visous & Vilent Crimes against Plaintiff, Which is Cought on Film, Namely violating Plaintiff's Constitutional Laws with Excessive "use of Force and Denial Medical Care" which is Protected by the Eighth Amendment of the U.S. Constitutional Rights under 42 U.S.C. $ 1331 and 1343.

7. Randall County Sheriff's Department did Nothing but Commit Oganized Crime that was Protected by the District Attorney's Office by Denying Plaintiff to File a Report and Refused to Listen to Plaintiff of Randall County Sheriff's of Beating, Refussing Medical Treatment for Plaintiff who was esscorted to the Hospital after being Refused Admitentance by the Jailer Nurse due to seriuos injuries from Randall County Sheriff's beating "Plaintiff". This is also cought on Film.

8. All Reports by "Plaintiff" was "Woshed" under Doors to cover up the Orginized Crime excuted by 1. Cesar Deleon, 2. Edith Sanchaz, 3. Cenia Towing & Crushing, 4. Randall Count Sheriff Office, 5. Codey Jones not Investigating Officers, 6. Randall County Official over Deputies and District Attorney's Office of Robert Rowe, 7. Cenia Towing owners Charlie Hatch and Jeff Martinez who have been Band from Dumes, Texes for Theift, 8. Concestone owner Seth Reasoner using Google Maps for Bounday Line, knowing Plaintiff has owned 1408 Mirtta Lane for 24 years, therefore Plaintiff IS Common Law Owner of Said property.

9. Randall County Sheriff's Knowingly Block Plaintiff "Right A Way" to his Business to make a Living. Plaintiff has now Aquired Over 3/4 Milian Dollars in Jast Down Time, Due to Cesar Deleon Trespassing on Plaintiffs property and Blocking

page 2 of 4

all axcess to Plaintiff's Business's After Hours Trucking & After Hours Mechanic's. It is illegal to Block any Right a Way in any State of the United States of America.

10. Officer's Grant and Polity is Clearly Shown on Video Footage Unlawfully Beating Plaintiff, dragging him out of His Truck on his Property without a Warrant!!! Plus illegally searching Plaintiff's Vehicle After Plaintiff has been hould off to County Jail, still No Search Warrent!!! This is also on Film.

11. Casar Deleon Keep Trespassing on Plaintiff's Land at Night, Randall County Sheriff would do Nothing about it!! This is also on Film and can be confirmed by Dispacture Audio Tape.

This is Clearly Organized Crime proteated by Local Law Enforcement & Randall County Sheriff's Department and Randall County's Distict Attorney Robert Love who was in Athority to Stop all this and Refused to do Anything.

1. Casar Deleon
2. Cierra Towing & Crushing - Charlie Hatch and Jeff Martinez
3. Randall County Sheriff Department
4. Randall County District Attorney Robert Love
5. Concerston Surveyor Jeff Reasoner
6. Wright Law Firm, Tx PLLC Amarillo
7. False Documents by Law Firm & Edith Sanchaze
8. Officer Fletcher giving Predission to Unlawfully Trespass to committ Grand Lariceny and Destroy Privit Property and Ball Doze Right a Way to 2 Business's, Creating 3/4 Million Dollar Lost to Down Time Because Right A Way being Blocked and Still is Blocked.
9. Cargill, Darrell Attorney cahoted Money from Plaintiff and filed No Paper Work on behalf of Plaintiff and Condoned All Action Committed Under this Origanized Crime Law In forcement My of official Therefore is in Violation of Taking Money under false Pretences, Ineffictive Assitance of Counsel and should be Disbarred from the State of Texas. Plus, punitive damages of Hosptallization, Mental Anush, Pain and Suffering, and All cost of Liegagation. Because HE could Have Stopped All of this from very beginning like HE Took Money

Page 8 of 4

from Plaintiff as Agreed up on !!!

⁂ Plaintiff could go on and on, on the Miscarage of Justice Due to this Orinized Crime Syndicate, and Malpractice of Attorney Detrol Carry out of Canyon, Texas.

### Prayer for Relife

Plaintiff prays for this Federal Court to help stop this Orginized Crime committed by these Defendants. And ask the Court to Proseed In Forma Porpus due to the Money Lose because of His Illegal Acts.

Plaintiff clearly needs Help dealing with these issues. Plaintiff is clearly Layman at Law, at Best and Can't get any kind of help to Up Hold the Constitution of the United States of America. Witch All these Publice Officials Dually Sworn to Up Hold to Serve and Protect the Community at Large. Breaking this Oth is Ground for Termanition !!!

Plus, Plaintiff wants All Money Loss, Hospital Bills, Property Damage, Re-construction of Right-A-Way, all Damages to Vehicles, Oil Spell cleaned up done by Cesar Odean Bull Dozing said properties. Discpline of Randall County and Everyone involved in Violating Civil Right of Plaintiff !!!

I, Buford James Friemel, Thank this Court for the Time and Assistance to Stop this Grave Misscarage Of Justice in Randall County at Amarillo, Texas.

X Bu Kelley

Respectfully Submitted by
Vincent Friemel, For Buford Friemel
Vin Friemel
1615 East 7th            1405 Mentta Lane
Dumas, Texas 79029.   Amarillo, Texas 79118
Buford J Friemel

BREE KELLEY
Notary Public, State of Texas
Notary ID #13385972-4
My Commission Expires 07-14-2026