IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| BUEFORD JAMES FRIEMEL, | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:22-CV-174-Z |
| CESAR DELEON, *et al.*, | § § § | |
| Defendants. | § § § | |

## FINAL JUDGMENT

Of equal date herewith, the undersigned United States District Judge **DISMISSING** Plaintiff's claims against Defendants **WITHOUT PREJUDICE**.

Judgment is rendered accordingly.

February 10, 2023.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE